

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

**Via ECF**                                                                November 7, 2025

The Honorable Pamela K. Chen, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn New York 11201

> Re: *Tools Aviation, LLC v. Digital Pavilion Electronics LLC et al.*, No. 1:20-cv-2651
> Defendants' Response to Court's October 29, 2025 Order

Dear Judge Chen:

      We represent Defendants Digital Pavilion Electronics LLC, East Brooklyn Labs LLC, and Firemall, LLC (collectively, "Defendants"), in the above-referenced matter. We respectfully submit this letter in response to the Court's October 29, 2025 Order directing Defendants to confirm that they served their Report regarding Compliance with the Court's October 10, 2025 Order (ECF No. 117, "Report") on Plaintiff.

      Defendants confirm that they served the Report on Plaintiff on October 24, 2025 by filing the Report via the court's electronic-filing system. *See* Fed. R. Civ. P. 5(b)(2)(E) ("A paper is served...by…sending it to a registered user by filing it with the court's electronic-filing system[.]"). In view of the Court's October 29, 2025 Order, Defendants' counsel also emailed a copy of the Report to Plaintiff's counsel on November 3, 2025.

      Respectfully submitted,

      *s/ Mark Berkowitz*

      Mark Berkowitz

cc: All Counsel of Record via ECF