**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TOOLS AVIATION, LLC | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **1:20-cv-02651 (PKC)(VMS)** |
| | ) | |
| DIGITAL PAVILION ELECTRONICS | ) | |
| LLC, BROOKLYN LABS LLC, and | ) | |
| FIREMALL LLC, | ) | |
| Defendants. | ) | |

**PLAINTIFF TOOLS AVIATIONS, LLC'S NOTICE OF SERVICE OF MEMORANDUM REGARDING COMPENSABLE ATTORNEY'S FEES**

**PLEASE TAKE NOTICE** that upon the contemporaneously served (i) Declaration of Michael G. Gabriel with exhibits dated July 22, 2026; (ii) Declaration of Randall Erickson with exhibits dated July 22, 2026; (iii) and the accompanying Memorandum Regarding Compensable Attorney Fee, Plaintiff Tools Aviation LLC served a notice of the same on counsel for Defendants Digital Pavilion Electronics LLC, East Brooklyn Labs LLC, and Firemall LLC upon their counsel of record Mark Berkowitz, Esq., at his email of record: mberkowitz@tarterkrinsky.com and Sandra Hudak, Esq., at her email of record: shudak@tarterkrinsky.com.

Forest Hills, New York
Dated: July 22, 2026

By: /Michael G. Gabriel/

Michael G. Gabriel, Esq. (MG9719)
Gabriel & Pelaez, PLLC
72-11 Austin Street, PMB No. 406
Forest Hills, NY 11375
T: 917-515-3970
E: Michael@gandplaw.com

Erickson Law Group, PC
Randall T. Erickson
1749 S. Naperville Rd., STE 202
Wheaton, Illinois 60189
T: 630-665-9404
E: Randall@ericksonlawgroup.com

*Attorneys for Plaintiff*
*Tools Aviation LLC*